Filing # 117070875 E-Filed 11/20/2020 04:51:24 PM

IN THE CIRCUIT COURT OF THE 15th
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

Case No.:

MARA VAKNIN,

    Plaintiff,

v.

DATE 12-02-2020    TIME 1:40P

TARGET CORPORATION,

INITIAL S    BADGE# 1089

    Defendants.

DM och

_____/

## SUMMONS

STATE OF FLORIDA
To Each Sheriff of Said State:

    YOU ARE HEREBY COMMANDED to serve this Summons, copy of the Complaint on Defendant, **TARGET CORPORATION**:

BY SERVING:    **TARGET CORPORATION
C/O CT CORPORATION SYSTEM, R.A.
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324**

    Each Defendant is required to serve written defenses to the Complaint or Petition, on Plaintiff's attorney, to wit:

        Gary S. Rosner, Esquire
        Fla. Bar No.: 142522
        Ritter Chusid, LLP
        Plaintiff's Attorney
        Heron Bay Corporate Center
        5850 Coral Ridge Drive, Suite 201
        Coral Springs, FL 33076
        Telephone: (954) 340-2200

within twenty (20) days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

## SUMMONS

## EXHIBIT 2

# IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintifffs Attorneys named below.

Gary S. Rosner, Esquire
Fla. Bar No.: 142522
Ritter Chusid, LLP
Plaintiff's Attorney
Heron Bay Corporate Center
5850 Coral Ridge Drive, Suite 201
Coral Springs, FL 33076
Telephone: (954) 340-2200

## IMPORTANTE

Usted ha sido demandado legalmente. Tienes 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegara. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecent en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

*********************************************************************

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres oligations juridique et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecretie au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

STATE OF FLORIDA
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the Complaint on Defendant, **TARGET CORPORATION.**

**DATED** on this ____ day of _____Nov 24 2020_____, 2020.

Sharon R Bock
Clerk of Court

By: _____
As Deputy Clerk    Julliette Liu

IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: 502020CA012897

MARA VAKNIN,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendants.

_____/

## COMPLAINT FOR DAMAGES

Plaintiff, Mara Vaknin, ("Vaknin" or "Plaintiff"), by and through her undersigned counsel, hereby sues Defendant, Target Corporation ("Target" or "Defendant") for damages and alleges the following:

### JURISDICTION, VENUE AND PARTIES

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000), exclusive of attorney's fees, interest and costs.

2. At all times material herein, Vaknin was and is a resident of the State of Florida and was and is otherwise *sui juris*.

3. At all times material herein, Target is a Foreign Profit Corporation doing business in Palm Beach County, Florida.

4. Venue is proper in this Court as the actions giving rise to this cause of action occurred in Palm Beach County, Florida.

## FACTS COMMON TO ALL CAUSES OF ACTION

5. At all times material hereto, on August 7, 2020, Vaknin was a lawful visitor and invitee of a Target Store located at 5900 S State Road 7, Lake Worth, FL 33449 (the "Subject Property").

6. At all times material hereto, Vaknin was shopping with her mother for items that she needed for college which included an over the door full length glass mirror. During the check out process, Vaknin noticed a large scratch over the mirror, pointed it out to the cashier, who then told Vaknin to go get a new mirror. Vaknin returned to the aisle to replace the mirror. She removed the first few mirrors in the display which were also scratched. She moved these scratched mirrors to the side to find one with no scratches. Immediately after she took the top mirror without a scratch out of the pile, the pile collapsed and multiple mirrors fell on Vaknin which caused a deep gash on her left calf and her to bleed profusely.

7. At all times material hereto, Vaknin, an invitee at the Subject Property, exercised due care and caution for her own safety.

8. The dangerous and hazardous condition was not readily apparent to invitees, such as Vaknin.

9. The dangerous and hazardous condition caused Vaknin to sustained severe and permanent bodily injury, pain and suffering, expenses of medical treatment and care, disability, disfigurement, mental anguish and out of pocket expenses, along with the inability to perform many activities of daily living.

## COUNT I - PREMISES LIABILITY AGAINST TARGET

10. Plaintiff adopts and re-alleges each and every allegation set forth in Paragraphs 1 through 9 above as if more fully set forth at length herein.

11. At all times material hereto, Target owed a duty to invitees, such as Vaknin, to ensure that the Subject Property did not contain any hazardous conditions and the items sold in the store, including the glass mirrors were in good condition and did not contain hazards.

12. At all times material hereto, Target breached its duty of care to Vaknin by one or more of the following acts of commission and/or omission:

    a. failing to inspect and maintain the Subject Property in a reasonable manner by failing to inspect its products, including glass mirrors, which may cause a hazardous and dangerous condition;

    b. failing to warn invitees of the Subject Property, including Vaknin, of the dangerous condition, including the safe stacking of the glass mirrors, and its concealed or latent perils.

    c. failing to give notice that the stacked mirrors were going to move while Vaknin was trying to find a mirror without scratches;

    d. failing to remedy the dangerous condition when Target had actual or constructive knowledge of the broken glass mirror and their improper stacking and;

    e. in the alternative, knowing that the dangerous condition existed for such a length of time that, in the exercise of ordinary care, Target should have known of the dangerous condition.

13. As a direct and proximate cause of Target's breach of duties, Vaknin sustained severe and permanent personal injuries.

14. Vaknin's damages include, but are not limited to, permanent severe bodily injury, pain and suffering, expenses of past and future medical treatment, disability, disfigurement, mental anguish, out of pocket expenses and other economic and non-economic damages.

WHEREFORE, Valknin demands judgment against Defendant, Target for damages, interest costs, and such other relief that this Honorable Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury as to all issues so triable as a matter of right.

Dated this 19th day of November, 2020.

                                                RITTER CHUSID, LLP
Attorneys for Plaintiff,
5850 Coral Ridge Drive, Suite 201
Coral Springs, Florida 33076
Telephone:     (954) 340-2200
Facsimile:      (954) 340-2210

By:     */s/ Gary S. Rosner*
GARY S. ROSNER, ESQ
Florida Bar No. 142522
grosner@ritterchusid.com
Jordan R. Chusid, Esq.
Florida Bar No.: 124638
jchusid@ritterchusid.com